Case Name: DUNN, LYNDA GAIL
               DUNN, ROBERT CHARLES
Case No:     07-72882

## CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 23, 2008                WILLIAM T. NEARY
                                             United States Trustee, Region 11


                              BY:    */s/ Carole J. Ryczek*
                                            CAROLE J. RYCZEK
                                            Attorney for the U.S. Trustee