IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
DUNN, LYNDA GAIL
DUNN, ROBERT CHARLES

CASE NO. 07-72882 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-0484; XXX-XX-6506

NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
       211 South Court Street, Room 115
       Rockford, IL 61101

   on: July 28, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,569.78 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 799.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $     8,197.77

   b. Disbursements                         $         0.00

   c. Net Cash Available for Distribution   $     8,197.77

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $5,828.99, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $51,213.23, resulting in an approximate distribution of 11.38% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                        Respectfully submitted,

DATE:   June 4, 2008                  /s/Stephen G. Balsley
                                        STEPHEN G. BALSLEY
                                        6833 Stalter Drive
                                        Rockford, IL  61108
                                        815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2882   Doc 43   Filed 06/25/08   Entered 06/28/08 01:07:02   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2              Date Rcvd: Jun 25, 2008
Case: 07-72882                 Form ID: pdf002             Total Served: 44

The following entities were served by first class mail on Jun 27, 2008.
db           +Lynda Gail Dunn,    9293 Red Barn Drive,    Wonder Lake, IL 60097-8188
jdb          +Robert Charles Dunn,    9293 Red Barn Drive,    Wonder Lake, IL 60097-8188
aty          +Scott A Bentley,    Law Office of Scott A. Bentley,    661 Ridgeview Drive,
               McHenry, IL 60050-7012
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11774883      A&T Universal Card,    PO Box 688915,    Des MOines, IA 50368-8915
11774884     +Aon Private Risk Management,    PO Box 923,    El Segundo, CA 90245-0923
11774886      BP Amoco,    PO Box 688921,    Des Moines, IA 5036707821
11774887      BP Cardmember Services,    PO Box 15325,    Wilmington, DE 19886-5235
12045319     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11774888      Centegra Health System,    PO Box 5995,    Peoria, IL 61601-5995
11774889     +Chase,    PO Box 52108,    Phoenix, AZ 85072-2108
12045174     +Chase Bank USA,    c/o WEINSTEIN & RILEY, P.S.,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
11774890      Chrysler Financial,    PO Box 2993,    Milwaukee, WI 53201-2993
11774891      Circuit City,    PO Box 15292,    Wilmington, DE 19886-5292
11774892      Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
11774894      Countrywide Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
11810682     +DaimlerChrysler Financial Services Americas LLC,    Riezman Berger PC,    7700 Bonhomme 7th Floor,
               St Louis MO 63105-1960
12260972     +FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11774895     +FIA Card Services,    PO Box 1722,    Baltimore, MD 21203-1722
11774896     +Ford Motor Credit,    PO Box 790093,    St. Louis, MO 63179-0093
11805212     +Ford Motor Credit Company LLC,    National Bankruptcy Service Center,    P.O. Box 537901,
               Livonia, MI 48153-7901
11774897      GEMB/Preferred Floor,    PO Box 181400,    El Paso, TX  79998
11774898     +Great Bank,    234 S. Randall Road,    Algonquin, IL 60102-9706
11774900      Greater Elgin Emergency Specialists,    PO Box 6940 20-1105,    Carol Stream, IL 60197-5940
11774903     +HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
11774901      Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50364-0500
11774902     +Household Bank,    PO BOX 17051,    Baltimore, MD 21297-1051
11774905     +JB Robinson Jewelers,    1376 Spring Hill Mall,    W. Dundee, IL 60118-1262
11774904     +James Nutter,    4153 Broadway,    Kansas City, MO 64111-2694
11774906      KCT Credit Union,    PO Box 4521,    Carol Stream, IL 60197-4521
11774907      Menard’s Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11774908      Moraine ER Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
11774911     +NIMC,    PO Box 1447,    Woodstock, IL 60098-1447
11774909     +National Bank & Trust,    48 North South Street,    PO Box 711,    Wilmington, OH 45177-0711
11774912      Sam’s/GEMB,    PO Box 530942,    Atlanta, GA 30353-0942
11774913     +Sears,    PO Box 183081,    Columbus, OH 43218-3081
11996331     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11774914     +Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
12140400      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Jun 26, 2008.
11774885      E-mail/PDF: bknotices@bankofthewest.com Jun 26 2008 05:32:14      Bank of the West,    PO Box 4002,
               Concord, CA 94524-4002
11891142     +E-mail/PDF: bknotices@bankofthewest.com Jun 26 2008 05:32:16      Bank of the West,
               1450 Treat Blvd,    Walnut Creek CA 94597-7579
12229958      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11774910     +E-mail/Text: bankrup@nicor.com                            NICOR,    PO Box 416,
               Aurora, IL 60568-0001
11802541      E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2008 05:32:00
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11774893*     Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
11774899*    +Great Bank,    234 S. Randall Road,    Algonquin, IL 60102-9706
                                                                                               TOTALS: 0, * 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3        User: lorsmith           Page 2 of 2              Date Rcvd: Jun 25, 2008
Case: 07-72882              Form ID: pdf002          Total Served: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2008**                          **Signature:**    /s/ Joseph Speetjens